IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| LANDMARK RECOVERY OF LOUISVILLE, LLC<br>　　　　Plaintiff | )<br>)<br>)<br>) |
| v. | ) CAUSE NO. 3:18-cv-589-DJH |
| THE TRAVELERS INDEMNITY COMPANY<br>　　　　Defendant | )<br>) Removed from Jefferson Circuit Court<br>) Civil Action No. 18-CI-004652<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Comes the Defendant, The Travelers Indemnity Company ("Travelers"), by Counsel, and for its Notice of Removal of this lawsuit to the United States District Court for the Western District of Kentucky at Louisville, hereby state as follows:

1.　Travelers is a named defendant in a lawsuit filed by Landmark Recovery of Louisville, LLC ("Landmark") in the Jefferson Circuit Court, Jefferson County, Kentucky designated as Case No. 18-CI-004652. Travelers was served with the Plaintiff's Complaint on August 13, 2018. A copy of the Summons, Complaint and service of process documentation are attached hereto as <u>Exhibit 1</u> as required by 28 USC § 146(a). These are the only pleadings directed to or filed by the Defendant in this action.

2.　This action is civil action wherein the Plaintiff seeks an unspecified amount money for roof and water damage to its property resulting from the alleged theft of some roof top air conditioning units. Upon information and belief, at the time of the alleged incident, the

property was owned by Travelers' insured, Daymar Holdings, Inc. ("Daymar") and subject to an alleged purchase agreement between Daymar and Landmark. Landmark contends in the underlying suit that it acquired Daymar's rights to assert a claim under the Travelers policy pursuant to an October 30, 2017 assignment from Daymar to Landmark. *See* Plaintiff's Complaint, attached hereto as Exhibit 1.

3. Plaintiff alleged in its Complaint that Landmark is now and was at the time of the subject incident a Delaware limited liability company with its principal place of business located at 4835 E. Cactus Road, Suite 120, Scottsdale, Arizona 85254. According to its most recent annual report filed with the Commonwealth of Kentucky Secretary of State, Landmark's sole member is Cliff Boyle with an address of 4835 E. Cactus Road, Suite 120, Scottsdale, Arizona 85254. (See Exhibit 2).

4. Travelers is now and was at the time of the subject incident a Connecticut insurance company with its principal place of business located at 1 Tower Square, Hartford, Connecticut 06183. *See* Plaintiff's Complaint (Exhibit 1) and documentation from the Kentucky Department of Insurance attached as Exhibit 3.

5. This action is one over which the Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and § 1367 and is one that Travelers may remove to this Court pursuant to 28 U.S.C. § 1441(a) because this is an action between citizens of different states.

6. Although the Complaint is silent regarding the amount of claimed damages, Plaintiff's counsel has confirmed in his discussions with the undersigned counsel that the amount in controversy significantly exceeds $75,000.00. Consequently, the amount in controversy (exclusive of interest and costs) exceeds the sum of $75,000.00.

7. This Notice is filed within thirty (30) days after receipt of the initial pleading setting forth the claim for relief in this action and the time for filing this Notice under the statutes of the United States is not yet expired.

8. This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendant, The Travelers Indemnity Company, by Counsel, hereby notifies the Court of its removal of this action from the Jefferson Circuit Court in Jefferson County, Kentucky.

Respectfully Submitted,

SCHILLER BARNES MALONEY PLLC

*/s/ Michael S. Maloney*

Michael S. Maloney, Esq.
Kelsey B. Caudill, Esq.
401 W. Main Street, Suite 1600
Louisville, KY 40202
PH: (502) 583-4777
Fax: (502) 583-4780
mmaloney@sbmkylaw.com
kcaudill@sbmkylaw.com
*Counsel for Defendant, The Travelers Indemnity Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the **4th** day of September, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

M. Thurman Senn, Esq.
J. Morgan McGarvey, Esq.
Morgan & Pottinger, PSC
401 S. Fourth Street, Suite 1200
Louisville, KY 40202
jmm@morganandpottinger.com
mts@morganandpottinger.com
*Counsel for Plaintiff*


*/s/ Michael S. Maloney*
_____
SCHILLER BARNES MALONEY PLLC